MEMORANDUM ****
Petitioner Jorge Ramirez-Martinez seeks review of a Board of Immigration Appeals (“BIA”) decision reversing an Immigration Judge’s (“IJ”) decision that petitioner was eligible for and deserving of a waiver of deportation under former § 212(c) of the Immigration and Nationality Act (“INA”) for a 1988 attempted murder conviction. We grant the petition and remand for further proceedings.
The BIA ordered petitioner removed as an aggravated felon under 8 U.S.C. § U01(a)(43) based on his November 2, 1988 conviction for attempted murder. In Ledezma-Galicia v. Holder, 636 F.3d 1059, 2010 WL 5174979 (9th Cir.2010), we held that “the 1988 law that made aliens deportable for aggravated felony convictions did not apply to convictions prior to November 18, 1988; and ... neither Con *81 gress’s overhaul of the grounds for deportation in 1990 nor its rewrite of the definition of aggravated felony in 1996 erased that temporal limitation.” Id. 1062, at *2. In light of Ledezma-Galicia, petitioner’s November 2, 1988 attempted murder conviction does not, alone, make him removable under § 1101(a)(43). Because the BIA considered petitioner’s removability only for his 1988 conviction, we remand to the BIA to determine in the first instance whether Ramirez is eligible for removal on the basis of something other than the 1988 conviction, and, if so, whether he qualifies for relief.
GRANTED AND REMANDED.

 This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.